IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| QINGHUA ZHANG & <br> STEVEN CRAIG HEILAND, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL HOME LOAN BANK OF TOPEKA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 19-4073-TC <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' OBJECTIONS TO THE COURT'S PROPOSED JURY INSTRUCTIONS)

COMES NOW the Plaintiffs and submit the following objections to the Court's Proposed Jury Instructions (Doc. 141):

Preliminary Instruction, p. 4: States 25 minute opening statement, Civil Minute Sheet-In Limine PTC, Doc. 123, states opening arguments limited to 20 minutes each side[1].

Page 11: Plaintiffs' first claim should include "and he engaged in protected activity opposing discrimination and retaliation against Plaintiff Zhang."

Page 13: Typographical error in last paragraph "on favor of the Bank" should read "in favor of the Bank."

Page 15: Typographical error in last paragraph "on favor of the Bank" should read "in favor of the Bank."

Page 16: Typographical error in last paragraph "on favor of the Bank" should read "in favor of the Bank."

---

[1] The duration of 20 minute opening statements was corrected on August 2, 2023 prior to the start of trial.

Page 19, paragraph 1:  Should include Heiland's protected opposition activities.  Plaintiff submits Plaintiff #1 should read:  "1.  Heiland reported discrimination against minorities and/or engaged in protected activity opposing discrimination and retaliation in his department;".

Page 19, next to the last paragraph:  Instead of describing "if his had not filed his complaint," should read:  "if he had not reported discrimination and/or engaged in opposing discrimination."

Page 36, third paragraph:  "whether it is guilty or not guilty" should be deleted.

Page 43, Instruction for Part E:  *"and wrote any amount in response to Question 7"* should read "**any amounts**."

Page 45, Part A, Questions 1 & 2:  Should include Heiland's protected opposition activities.

Page 48, Instruction for Part D:  *"and wrote any amount in response to question 7"* should read "**any amounts**."

Title VII is properly referenced on the verdict forms to differentiate Plaintiffs' claims for punitive damages under Title VII versus their punitive claim for retaliatory discharge, however there is no jury instruction describing or explaining Title VII.  Plaintiffs submit the instruction contained at Page 5 of their proposed instructions (Doc. 125) would be appropriate to eliminate potential juror confusion.

    Respectfully Submitted,

    */s/ Brenda L. Head*
    Brenda L. Head, #15657
    FRIEDEN & FORBES, LLP
    1414 SW Ashworth Pl., Ste. 201
    Topeka, KS  66604
    (785) 354-1100 Telephone
    (785)354-1113 Facsimile
    bhead@fflawllp.com
    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiffs' Objections to the Court's Proposed Jury Instructions (Doc. 141) was served upon the following via email this 3rd day of August, 2023, addressed to:

Eric E. Packel
Emma R. Schuering
Meghan F. Hanson
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO  64112
epackel@polsinelli.com
eschuering@polsinelli.com
mhanson@polsinelli.com
**ATTORNEYS FOR DEFENDANTS**

                                          */s/ Brenda L. Head*
                                          Brenda L. Head, #15657