## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ZHANG, ET AL.,

        Plaintiffs,

        v.                       Case No. 19-4073

FEDERAL HOME LOAN BANK OF
TOPEKA

        Defendant.

QUESTION FROM THE JURY

YOUR HONOR,

On page 35, it states "If you answered "Yes" to Question 2, proceed to Question 2." Should it be referring to Question 1 instead? We believe this is a typo

Dated at _____ on 8/9/23 , Time 11:59 am .

[signature redacted]

Signature of Presiding Juror

ANSWER OF THE JUDGE,

You are correct: the Court made a typographical error. The italicized language on Page 35 should state "If you answered 'Yes' to Question 1, proceed to Question 2. If you answered 'No', skip to Part B."

Dated at _____ on 8/9/23 , Time 12:15 PM .

[signature]

Signature of Judge